No. 645. EL PUEBLO, APELADO, *v.* RODRÍGUEZ, APELANTE.— Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en diciembre 12, 1913. Confirmada la sentencia apelada de mayo 28, 1913. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

No. 1048. BLANCO ET AL., DEMANDANTES Y APELANTES, *v.* HERNÁNDEZ ET AL., DEMANDADOS Y APELADOS.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación por no haberse radicado el alegato de la parte apelante. Resuelto en diciembre 16, 1913. Denegada la moción por haber sido radicado dicho alegato antes de haber sido notificada la moción. Abogado de los apelantes: *Sr. José Benet.* El promovente compareció por escrito en nombre propio.

---

No. 1049. BLANCO, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ ET AL., DEMANDADOS Y APELADOS.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción del apelado Agustín Hernández Mena para que se desestime la apelación por no haberse radicado el alegato de la parte apelante. Resuelto en diciembre 16, 1913. Denegada la moción por los fundamentos consignados en la resolución. Abogado de la apelante: *Sr José Benet.* El promovente compareció por escrito en nombre propio.